**FILED**

SEP 24 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

CLOSED,INTERPRETER

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CRIMINAL DOCKET FOR CASE #: <u>4:20−mj−01748</u>−1
### *Internal Use Only*

Case title: USA v. Velcu

Other court case number: 5:20cr340 Northern District of
California − San Francisco

Date Filed: 09/18/2020
Date Terminated: 09/18/2020

---

Assigned to: Magistrate Judge
Peter Bray

### <u>Defendant (1)</u>

**Ion Velcu**
*TERMINATED: 09/18/2020*

represented by **Federal Public Defender − Houston**
440 Louisiana
Ste 310
Houston, TX 77002
713−718−4600
Fax: 713−718−4610
Email: hou_ecf@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community
Defender Appointment*

**Houston Interpreter**
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### <u>Pending Counts</u>

None

### <u>Highest Offense Level (Opening)</u>

None

### <u>Terminated Counts</u>

None

### <u>Highest Offense Level
(Terminated)</u>

None

### <u>Complaints</u>

### <u>Disposition</u>

### <u>Disposition</u>

### <u>Disposition</u>

1

| 18:1344 Bank Fraud | Ordered committed to the California Northern District Court San Francisco |
|---|---|

**Plaintiff**

**USA**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/18/2020 | | | Magistrate Judge Peter Bray added. (kmurphy, 4) (Entered: 09/18/2020) |
| 09/18/2020 | 1 | 3 | Copy of Northern District of California San Francisco 5:20cr340 Documents as to Ion Velcu, filed.(kmurphy, 4) (Entered: 09/18/2020) |
| 09/18/2020 | | | Arrest (Rule 40) of Ion Velcu(kmurphy, 4) (Entered: 09/18/2020) |
| 09/18/2020 | | | ***Set Hearing as to Ion Velcu: Initial Appearance − Rule 40 set for 9/18/2020 at 02:00 PM by video − courthouse − before Magistrate Judge Peter Bray (kmurphy, 4) (Entered: 09/18/2020) |
| 09/18/2020 | 2 | 22 | Copy of Order Unsealing documents from Northern District of California as to Ion Velcu, filed.(kmurphy, 4) (Entered: 09/18/2020) |
| 09/18/2020 | | | INITIAL APPEARANCE IN RULE 5(c)(3) Minute Entry for proceedings held on 9/18/2020 before Magistrate Judge Peter Bray as to Ion Velcu. Defendant first appearance on Indictment from the California Northern District Court 5:20CR340 and advised of rights/charges. Defendant requests appointed counsel, Financial Affidavit executed on the record, Defendant appeared with counsel. Order appointing FPD to be entered, Defendant waives Identity, Detention Hearing in this district and Waiver of Rule 5 & 5.1 Hearings executed, Waiver of Identity, Detention Hearing in this district executed on the record, Deft ordered removed to originating district,. Hearing conducte by video with oral consent of defendnat. Appearances: AUSA Heather Winter f/USA; AFPD Philip Gallagher f/Deft.(Court Reporter: K. Metzger) (Interpreter: Yes) (Pretrial Officer: Yes) Defendant remanded to custody, filed.(JasonMarchandadi, 4) (Entered: 09/18/2020) |
| 09/18/2020 | 3 | 24 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER. ( Signed by Magistrate Judge Peter Bray) Parties notified. (JasonMarchandadi, 4) (Entered: 09/18/2020) |
| 09/18/2020 | | | Interpreter needed as to Ion Velcu. Language: ROMANIAN. Houston Interpreter for Ion Velcu added. (JasonMarchandadi, 4) (Entered: 09/18/2020) |
| 09/18/2020 | 4 | 25 | COMMITMENT TO ANOTHER DISTRICT as to Ion Velcu. Defendant committed to the California Northern District Court. ( Signed by Magistrate Judge Peter Bray) Parties notified. (JasonMarchandadi, 4) (Entered: 09/18/2020) |
| 09/18/2020 | | | RULE 5 Papers sent via email to California Northern District Court San Francisco Division as to Ion Velcu, filed.(JasonMarchandadi, 4) (Entered: 09/18/2020) |
| 09/21/2020 | 5 | 26 | Pretrial Services Report (Sealed) as to Ion Velcu, filed. (BethMurphy, 4) (Entered: 09/21/2020) |

# ~~SEALED BY ORDER~~

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

## VENUE: SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

| FILED |
| --- |
| Sep 08 2020 |
| SUSAN Y. SOONG |
| CLERK, U.S. DISTRICT COURT |
| NORTHERN DISTRICT OF CALIFORNIA |
| SAN FRANCISCO |

ION VELCU,

CR 20-0340 EJD (SVK)

4:20mj1748

DEFENDANT(S).

## INDICTMENT

United States Courts
Southern District of Texas
FILED

*September 18, 2020*

David J. Bradley, Clerk of Court

COUNTS ONE THROUGH FIVE: 18 U.S.C. § 1344(1) – Bank Fraud

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this ___8th___ day of

September 2020

Clerk

Bail, $ __No Process__

Hon. Joseph C. Spero

1 | DAVID L. ANDERSON (CABN 149604)
United States Attorney

2

3

4

5

6

7

**FILED**

Sep 08 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11 | UNITED STATES OF AMERICA,

      CASE NO. CR 20-0340 EJD (SVK)

12 |      Plaintiff,

      VIOLATIONS:
18 U.S.C. § 1344(1) – Bank Fraud;

13 |      v.

      18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) –
Forfeiture Allegation

14 | ION VELCU,

15 |      Defendant.

      SAN JOSE VENUE

16

17

18

**I N D I C T M E N T**

19

20 | The Grand Jury charges:

21 |                      Introductory Allegations

22 |      At all times relevant to this Indictment:

23 | 1.    ION VELCU ("VELCU") was an individual residing in the Northern California.

24 | 2.    VELCU maintained bank accounts ending in -8177 and -7080 at Wells Fargo Bank.

25 | 3.    VELCU maintained a bank account ending in -4457 at Bank of America.

26 | 4.    Individual 1 maintained a bank account ending in -9675 at Bank of America.

27 | 5.    Individual 2 maintained a bank account ending in -1874 at Wells Fargo Bank.

28 | 6.    Wells Fargo Bank was a financial institution, as that term is defined in Title 18, United States

INDICTMENT

4

1   Code, Section 20, the deposits of which were insured by the Federal Deposit Insurance Corporation

2   ("FDIC").

3       7.   Bank of America was a financial institution, as that term is defined in Title 18, United States

4   Code, Section 20, the deposits of which were insured by the Federal Deposit Insurance Corporation

5   ("FDIC").

6                                              The Scheme to Defraud

7       8.   Beginning on a date unknown, but not later than in or about November 2016, and continuing to a

8   date unknown, but through at least in or about January 2017, VELCU knowingly devised and executed,

9   and attempted to execute, a material scheme and artifice to defraud financial institutions, as described

10  below.

11      9.   As part of the scheme and artifice to defraud, VELCU obtained checks issued by individuals and

12  entities (the "Victims") and payable from the Victims' checking accounts, without the Victims'

13  knowledge, consent, or authorization.  Many of the checks were donations made payable to religious

14  organizations located in the Northern District of California.

15      10.  It was further part of the scheme that VELCU deposited the Victims' checks into his own Bank

16  of America and Wells Fargo Bank accounts, and Bank of America and Wells Fargo Bank accounts

17  belonging to Individuals 1 and 2, which VELCU presented to Bank of America and Wells Fargo Bank

18  under the false pretense and misrepresentation that the Victims knew, consented, and authorized

19  VELCU to present their checks for deposit into VELCU's own Bank of America and Wells Fargo Bank

20  accounts, and Bank of America and Wells Fargo Bank accounts belonging to Individuals 1 and 2.

21      11.  Through this scheme, VELCU fraudulently deposited 66 checks totaling $18,209.33 into bank

22  accounts belonging to himself and Individuals 1 and 2.

23  COUNTS ONE THROUGH FIVE:   (18 U.S.C. § 1344(1) – Bank Fraud)

24      12.  Paragraphs 1 through 11 are re-alleged and incorporated by reference as though fully set forth

25  herein.

26      13.  Beginning on a date unknown, but not later than in or about November 2016, and continuing to a

27  date unknown, but through at least in or about January 2017, within the Northern District of California

28  and elsewhere, the defendant,

INDICTMENT                                           2

ION VELCU,

did knowingly and with the intent to defraud devise and execute, and attempt to execute, a material

scheme and artifice to defraud financial institutions, to wit, VELCU obtained checks in the Victims'

names, payable from the Victims' checking accounts at the Victims' banks, without the Victims'

knowledge or authorization; falsely represented to Wells Fargo Bank that he was lawfully entitled to the

payments authorized by the checks; and caused the checks to be deposited into bank accounts controlled

by himself and Individuals 1 and 2.

14. On or about the dates set forth in the separate counts below, in the Northern District of

California, for the purpose of executing the scheme and artifice referenced above, and attempting to do

so, the defendant, ION VELCU, conducted and caused to be conducted the following financial

transactions, among others:

| Count | Date | Financial Transaction |
|-------|------|----------------------|
| 1 | 1/9/2017 | Deposit of check number 101047 issued by Victim bearing the initials C.C.C.O.F. for $300.00 into Individual 2's Wells Fargo Bank account ending in 1874. |
| 2 | 1/2/2017 | Deposit of check number 1013 issued by Victim bearing the initials B.G. for $350.00 into Individual 2's Wells Fargo Bank account ending in 1874. |
| 3 | 11/30/2016 | Deposit of check number 101855 issued by Victim bearing the initials A.L.F.C. for $585.00 into VELCU's Bank of America account ending in 4457. |
| 4 | 11/13/2016 | Deposit of check number 49610059 issued by Victim bearing the initials J.P. for $132.00 into VELCU's Bank of America account ending in 4457. |
| 5 | 12/19/2016 | Deposit of check number 995251 issued by Victim bearing the initials T.G. for $400.00 into VELCU's Wells Fargo Bank account ending in 7080. |

Each in violation of Title 18, United States Code, Section 1344(1).

FORFEITURE ALLEGATION:  (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

15. The allegations contained in this Indictment are re-alleged and incorporated by reference for the

purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title

28, United States Code, Section 2461(c).

INDICTMENT                                      3

16. Upon conviction for any of the offenses set forth in this Indictment, the defendant,

ION VELCU,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all property, real or personal, constituting, or derived from proceeds traceable to those violations, including but not limited to a forfeiture money judgment in an amount equal to the proceeds obtained as a result of the offenses.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED:   September 8, 2020          A TRUE BILL.

                                    /s/
                                    FOREPERSON

DAVID L. ANDERSON
United States Attorney

  /s/ Maia Perez
MAIA PEREZ
Assistant United States Attorney

INDICTMENT                 4

AO 257 (Rev. 6/78)

**SEALED BY ORDER OF COURT**

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

─── OFFENSE CHARGED ───

Counts 1-5: 18 U.S.C. § 1344(1) – Bank Fraud

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: **MAXIMUM PENALTIES:**
Imprisonment: 30 Years; Fine: $1,000,000
Supervised Release: 5 Years; Special Assessment: $100
Potential Immigration Consequences; Forfeiture

─── DEFENDANT - U.S ───
▶ ION VELCU

**DISTRICT COURT NUMBER**
CR 20-0340 EJD (SVK)

**FILED**
Sep 08 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

─── DEFENDANT ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   If "Yes"
been filed?  ☐ No    give date filed
DATE OF ARREST ▶ Month/Day/Year
Or... If Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

─── PROCEEDING ───
Name of Complaintant Agency, or Person (& Title, if any)
USPIS Inspector Thang Bui

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} 20-MJ-71100 -MAG

Name and Office of Person Furnishing Information on this form    DAVID L. ANDERSON
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    MAIA PEREZ

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT
If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

Bail Amount:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:        Before Judge:

Comments:

# SEALED BY ORDER OF COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**FILED**

Sep 08 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## CRIMINAL COVER SHEET

**_Instructions:_** _Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case._

**CASE NAME:**

USA v.   ION VELCU

**CASE NUMBER:**

CR   20-0340 EJD -(SVK)

| | | |
|---|---|---|
| Is This Case Under Seal? | Yes ✓   No | |
| Total Number of Defendants: | 1 ✓   2-7 | 8 or more |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes   No ✓ | |
| Venue (Per Crim. L.R. 18-1): | SF   OAK   SJ ✓ | |
| Is this a potential high-cost case? | Yes   No ✓ | |
| Is any defendant charged with a death-penalty-eligible crime? | Yes   No ✓ | |
| Is this a RICO Act gang case? | Yes   No ✓ | |

**Assigned AUSA (Lead Attorney):**   MAIA PEREZ

**Date Submitted:**  9/8/20

**Comments:**

RESET FORM       SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)

9

SEALED BY ORDER OF THE COURT

AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**

August 7, 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **ION VELCU** | ) | Case No.   **CR 20-71100-MAG** |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ November 13, 2016 _____ in the county of _____ Monterey _____ in the

_____ Northern _____ District of _____ California _____ , the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 18 U.S.C. § 1344(1) | Bank Fraud |
| | MAXIMUM PENALTIES:<br>Imprisonment:  30 Years<br>Fine: $1,000,000<br>Supervised Release:  5 Years<br>Special Assessment:  $100,  Potential Immigration Consequences |

This criminal complaint is based on these facts:

See attached affidavit of U.S. Postal Inspector Thang Bui.

☐ Continued on the attached sheet.

/s/ SvK

_Complainant's signature_

Approved as to form _[signature]_                          Thang Bui, U.S. Postal Inspector
_Assistant U.S. Attorney_                                         _Printed name and title_

Sworn to before me via telephone pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:  _August 7, 2020_

_Judge's signature_

City and state:  _San Jose, CA_                          Hon. Susan van Keulen
_Printed name and title_

10

### AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Thang Q. Bui, a US Postal Inspector with the US Postal Inspection Service, being duly sworn, hereby depose and state the following:

### INTRODUCTION AND PURPOSE OF AFFIDAVIT

1.     This affidavit is submitted in support of a request for the issuance of a criminal complaint charging Ion Velcu with Bank Fraud, in violation of 18 U.S.C. § 1344(1).  Because this affidavit is submitted for the purpose of obtaining an arrest warrant, I have not included each and every fact known to me in this case.  Rather, I have set forth only the facts that I believe are necessary to support probable cause for the issuance of an arrest warrant for Ion Velcu.  For the reasons set forth below, I believe there is probable cause that Ion Velcu committed the foregoing violation of federal law.

### AFFIANT'S BACKGROUND

2.     I have been employed as a United States Postal Inspector with the United States Postal Inspection Service since August 2006, and am assigned to the San Francisco Division.  My current assignment is on the External Crimes – Mail Theft and Violent Crimes team in San Jose, CA.  During my 12 weeks of basic training in Potomac, MD, I received training in the investigation of various postal-related crimes, including mail theft, identity theft, postal burglaries and robberies, assaults, threats, the shipment of narcotics, and consumer fraud schemes.  As part of my duties as a Postal Inspector, I have functioned as the case agent in over 130 investigations involving identity theft, theft of U.S. Mail, financial investigations, post office burglaries and robberies, assaults and threats, and counterfeit postal money orders, resulting in arrests of one or more persons for each of these cases.

3.     As a federal law enforcement officer, I am authorized to investigate violations of federal law.  I am familiar with the facts as set forth herein from my personal observations, interviews with victims, observations by other investigators and law enforcement officers as related to me in conversation and in written reports, and from documents and other evidence obtained as a result of this investigation.

1

## RELEVANT STATUTE

4.      Title 18 U.S.C. § 1344(1) states, in relevant part, whoever knowingly executes, or attempts to execute, a scheme or artifice to defraud a financial institution shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

## STATEMENT OF PROBABLE CAUSE

### Synopsis of Investigation

5.      Beginning on a date unknown, but at least by November 2016, and continuing through January 2017, a group of individuals fraudulently negotiated stolen checks – mostly donation checks intended for churches – in the Northern District of California and elsewhere. During the investigation, I identified 341 stolen checks totaling $211,618.33 that were connected to this scheme. The perpetrators deposited these checks into bank accounts held in their own names, in each other's names, or in the names of suspected family members and associates.

6.      Bank surveillance images show that Ion Velcu was one of the individuals involved in this scheme. According to surveillance records, he fraudulently negotiated 66 checks worth a total of $18,209.33 during this period.

7.      A majority of the checks negotiated by Velcu were deposited into Bank of America and Wells Fargo bank accounts held in the name of Ion Velcu or Individual 1. The majority of checks were not altered prior to deposit, so that they reflected the original intended payee at the time they were fraudulently negotiated.

8.      This affidavit details one of the checks fraudulently negotiated by Velcu.

### November 13, 2016 Bank Fraud by Ion Velcu

9.      On November 13, 2016, check number 49610059 issued by an individual bearing the initials J.P. and made payable to an entity bearing the initials E.F.C. for $132.00 was deposited at a Bank of America ATM located at 800 Northridge Shopping Center in Salinas, California, in the Northern District of California. The check was deposited into Ion Velcu's Bank of America account ending in -4457.

2

10. Wells Fargo surveillance photos show that the individual who deposited the check matches Ion Velcu's California driver's license photograph. A surveillance image showing Velcu depositing the check is below.



11/13/2016 15:35:03.76
WU ATM ICAN4458
Surveillance
North-Salinas-125485

The images contained in this transmission were generated for the internal use of Bank of America and are being shared with law enforcement solely for use by law enforcement. Written consent must be obtained from Bank of America prior to sharing an image with a third party. Bank of America makes no representation or warranty of any kind with respect to any photograph, film, videotape or digital image and specifically disclaims liability to any person or entity for all damages, losses, claims, or expenses (including attorney's fees) arising from the furnishing or subsequent use, distribution or publication of any photograph, film, videotape or digital image provided to law enforcement by Bank of America. Any use or further distribution of this photograph, film, videotape or digital image by any party not employed directly by Bank of America is the sole responsibility of the user/distributor. Bank of America will only certify or attest to records or images provided under valid legal process.

11. On August 6, 2019, I spoke to J.P. on the telephone, regarding her check. J.P. stated that she made a one-time donation to E.F.C. during this time period, and she made on online request

3

13

with Wells Fargo to mail the check to the church on her behalf.  J.P. said she does not know Ion Velcu, and she did not give Velcu permission to possess or negotiate her check.

12.     On August 6, 2019, I visited E.F.C. in Salinas, California.  I spoke to an individual bearing the initials K.D. who is a secretary with the church.  I showed K.D. the check from J.P. and she recognized it because she remembered receiving a call from the bank about it.  K.D. recalled that there was a mail theft problem at the church starting in 2016, when the church had an unlocked mailbox.  A locking mailbox was installed, and then someone broke into that box to steal mail.  The church obtained a P.O. Box after many church members reported that their mailed checks had been stolen.  As a representative of the church, K.D. stated that she did not know Ion Velcu and she did not give him permission to possess or negotiate the check.

**FDIC Insurance**

13.     Wells Fargo is insured by the Federal Deposit Insurance Corporation and was so insured at the time of the instant offense.

14.     Bank of America is insured by the Federal Deposit Insurance Corporation and was so insured at the time of the instant offense.

## CONCLUSION

15.     Based on the foregoing facts, there is probable cause to believe that Ion Velcu knowingly committed Bank Fraud in violation of 18 U.S.C. § 1344(1).  Accordingly, I respectfully request that the warrant for the arrest of Ion Velcu be issued.

## REQUEST FOR SEALING

16.     I respectfully request that the Court issue an order sealing the Warrant, the Complaint, and all papers submitted in support of the Complaint, including this affidavit, until further order of the Court.  These documents concern an investigation that is not presently known to the target or to the public generally.  I believe that sealing is necessary in order to effectuate the orderly arrest of Ion Velcu, and in order to guard against flight and destruction of evidence.

4

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge.

/s/ SvK
_____
Thang Q. Bui
U.S. Postal Inspector
U.S. Postal Inspection Service

Sworn and subscribed to before me over the telephone pursuant to Fed. R. Crim. P. 4.1 and 4(d) and signed by me on this ____7th____ day of August 2020.

_____
Honorable Susan van Keulen
United States Magistrate Judge

5

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☒ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

### OFFENSE CHARGED

COUNT ONE: (18 U.S.C. § 1344(1)) - Bank Fraud

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: MAXIMUM PENALTIES
Imprisonment: 30 Years; Fine: $1,000,000; Supervised Release: 5 years; Special Assessment: $100; Potential Immigration Consequences

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**FILED**
August 07, 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

┌ DEFENDANT - U.S ┐

▶ ION VELCU

DISTRICT COURT NUMBER

CR 20-71100-MAG

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

U.S. Postal Inspector Thang Bui

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    David L. Anderson

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    AUSA Maia Perez

### DEFENDANT

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction    ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: None

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:    Before Judge:

Comments:

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MAIA T. PEREZ (MABN 672328)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5061
7       FAX: (408) 535-5066
        maia.perez@usdoj.gov
8
   Attorneys for United States of America
9

FILED

Sep 08 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,

14         Plaintiff,

15     v.

16  ION VELCU,

17         Defendant.

NO.:   CR 20-0340 EJD

MOTION FOR SEALING ORDER

**UNDER SEAL**

        The United States, by and through its counsel, Assistant United States Attorney Maia Perez,

moves this Court for an order sealing the government's application for a sealing order, the sealing order,

the Indictment, cover page, penalty sheet, and all attachments in the above-referenced investigation.

Disclosure of the specified documents might jeopardize the defendant's arrest.

        Accordingly, the United States requests that the Court seal these documents, except that the

Clerk of Court shall provide copies of the sealed documents to employees of the United States

Attorney's Office.  The United States further requests that the United States Attorney's Office be

permitted to share these documents as necessary to comply with its discovery obligations, and with the

U.S. Postal Inspection Service, which should be allowed to share the documents with other law

MOTION FOR SEALING ORDER                        1                        v. 2/22/2020

1  enforcement and intelligence agencies, including foreign law enforcement and intelligence agencies, for

2  use in investigation and prosecution.

3  DATED:  September 8, 2020              Respectfully submitted,

4                                DAVID L. ANDERSON

5                                United States Attorney

6

7                                  _____/s/_____

8                                Maia Perez
                                Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2

3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division

4  MAIA T. PEREZ (MABN 672328)
   Assistant United States Attorney

5

6    150 Almaden Boulevard, Suite 900
   San Jose, California 95113

7   Telephone: (408) 535-5061
   FAX: (408) 535-5066

8   maia.perez@usdoj.gov

   Attorneys for United States of America

9

**FILED**

Sep 08 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.:   C R 2 0 - 0 3 4 0   E J D |
| Plaintiff, | ) | [PROPOSED] SEALING ORDER |
| v. | ) | **UNDER SEAL** |
| ION VELCU, | ) | |
| Defendant. | ) | |

     Upon motion of the United States and good cause having been shown, IT IS HEREBY

ORDERED that the government's application for a sealing order, the sealing order, the Indictment,

cover page, penalty sheet, and all attachments in the above-referenced investigation, shall be filed under

seal until further order of the Court, except that the Clerk of Court shall provide copies of the sealed

documents to employees of the United States Attorney's Office.

     IT IS FURTHER ORDERED that the United States Attorney's Office is permitted to share these

documents as necessary to comply with its discovery obligations, and with the U.S. Postal Inspection

Service, which should be allowed to share the documents with other law enforcement and intelligence

agencies, including foreign law enforcement and intelligence agencies, for use in investigation and

1    prosecution.

2    IT IS SO ORDERED.

3    DATED:   September 8, 2020

4

5                                              HON. JOSEPH C. SPERO
                                               Chief United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| **ION VELCU** | ) | CR 20-71100-MAG |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Ion Velcu
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1344(1) - Bank Fraud

Date:     August 7, 2020

_____
*Issuing officer's signature*

City and state:     San Jose, CA

Hon. Susan van Keulen
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                    _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

21

**FILED**

1   DAVID L. ANDERSON (CABN 149604)
    United States Attorney

2
    HALLIE HOFFMAN (CABN 210020)
3   Chief, Criminal Division

4   MAIA T. PEREZ (MABN 672328)
    Assistant United States Attorney

5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5061
7       FAX: (408) 535-5066
        maia.perez@usdoj.gov

8
    Attorneys for United States of America

Sep 17 2020

**SUSAN Y. SOONG**
**CLERK, U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE**

United States Courts
Southern District of Texas
FILED

*September 18, 2020*

David J. Bradley, Clerk of Court

**4:20mj1748**

9                       UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                             SAN JOSE DIVISION

12

13   UNITED STATES OF AMERICA,          )   **CASE NO. CR 20-0340 EJD**
                                         )
14          Plaintiff,                   )   UNITED STATES' APPLICATION TO UNSEAL
                                         )   INDICTMENT, COMPLAINT, AND ARREST
15     v.                                )   WARRANT AND [~~PROPOSED~~] ORDER
                                         )
16   ION VELCU,                          )
                                         )
17          Defendant.                   )
                                         )
18   _____   )

19          The United States, through undersigned counsel, respectfully moves this Court to unseal the

20   Indictment, Complaint, and arrest warrant in the above-captioned matter.  On information and belief, the

21   defendant, Ion Velcu, has recently left the United States and the documents must be unsealed in order to

22   effectuate his arrest abroad.

23   DATED:        September 17, 2020                Respectfully submitted,

24                                                   DAVID L. ANDERSON
                                                     United States Attorney
25

26
                                                     _____/s/_____
27                                                   MAIA T. PEREZ
                                                     Assistant United States Attorney
28

UNSEALING APP. AND [PROPOSED] ORDER          1
CR 20-0340 EJD

1

## [PROPOSED] ORDER

2    On the motion of the United States, and good cause appearing therefor, the Court HEREBY

3  ORDERS that the Indictment, Complaint, and arrest warrant in the above-captioned matter be sealed.

4  IT IS SO ORDERED.

5  DATED:  September 17, 2020

*Virginia K. DeMarchi*
HONORABLE VIRGINIA K. DEMARCHI
6                                      United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNSEALING APP. AND [PROPOSED] ORDER          2
CR 20-0340 EJD

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States District Court
Southern District of Texas
**ENTERED**
September 18, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:20-mj-01748 |
| | § | |
| Ion Velcu | § | |

## ORDER APPOINTING COUNSEL

Because the defendant has satisfied this court that he or she is financially eligible for court-appointed counsel, the court appoints the Federal Public Defender to represent the defendant.

Signed at Houston, Texas, on September 18, 2020.

Peter Bray
United States Magistrate Judge

24

AO 94 (Rev. 06/09) Commitment to Another District

United States District Court
Southern District of Texas

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF TEXAS

**ENTERED**
September 18, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:20–mj–01748 |
| | § | |
| Ion Velcu | § | |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the **California Northern District Court, San Francisco division, in 5:20CR340 (charging District's case number).**

**The defendant may need an interpreter for this language: ROMANIAN.**

The defendant requested court appointed counsel. Federal Public Defender appointed.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: September 18, 2020

*Peter Bray*

Peter Bray
**United States Magistrate Judge**

Government moved for detention and Defendant detained pending a hearing in District of offense.

PS3

# PRETRIAL REPORT

*According to Judiciary Policy, several factors fall solely within the province of the judicial officer, and are not to be considered by the officer. These factors include: the weight of the evidence, the rebuttable presumption, and potential penalty.*

| District/Office<br>**SOUTHERN DISTRICT OF TEXAS**-Houston | Charge(s) (Title, Section, and Description) |
|---|---|
| Judicial Officer<br>United States Magistrate Judge Peter Bray | 18 U.S.C. § 1344(1)<br>Bank Fraud |
| Docket Number (Year-Sequence No.-Deft. No.)<br>Southern District of Texas<br>4:20-MJ-1748<br><br>**Rule 5** - Northern District of<br>California CR-20-71100-MAG | |

## DEFENDANT

| Name | Velcu,  Ion<br>AKA Velcu, Belgian | | Employer<br>Unemployed | |
|---|---|---|---|---|
| Address: | 96 S. Sable Blvd. Apt Y108<br>Aurora, Colorado  80012 | | Employer Address<br>Not Applicable | |
| Time at Address<br>9/18/2019 | Time in Community<br>5 years | Monthly Income<br>$0 | | Time Unemployed<br>1 year |

The defendant is scheduled to appear before the Honorable U.S. Magistrate Judge Peter Bray for an initial appearance. On September 18, 2020, the defendant was interviewed via telephone conference due to COVID-19 concerns with a Romanian translator while he was at the U.S. Marshals and without the presence of a defense attorney.

## DEFENDANT HISTORY
### 1. DEFENDANT HISTORY/RESIDENCE/FAMILY TIES:

The defendant (Romanian citizen), age 48, advised he was born in Maharini, Romania and resided there until 2000. He then, moved to Verona, Italy until 2007 where he then, moved back to Maharini, Romania. Mr. Velcu stated he migrated to the United States in 2015 and has now lived in the country for the past five years under a work permit. He explained living in Salinas, California for three years and has since moved to Aurora, Colorado. The defendant stated he has lived at his reported address for the past year with his son and three grandchildren. He explained the apartment is leased under his name. **Mr. Velcu advised he intends on returning to his two-bedroom, one bath apartment if released on bond and reported there are no weapons in his home.**

The defendant advised he is one of seven children born to his parents' union. He expressed his father deceased in 2018 and he continues to maintain weekly contact with his mother (Romanian citizen). Mr. Velcu stated he has

26

Velcu, Ion

four brothers and two sisters (Romanian citizens) and he maintains contact with them on a weekly to monthly basis. He expressed his mother and siblings all reside in Romania.

The defendant reported his marital status as common-law married to his wife, Meta Unguru (Romanian citizen), and their relationship has produced three children (Romanian citizens) ages 17, 24, and 28. He explained his wife continues to live in Romania while all his children reside in the United States. The defendant mentioned one of his youngest child lives with him while his older children are adults and supporting themselves (unknown whereabouts). Mr. Velcu mentioned he maintains contact with his children daily to weekly.

The defendant advised he completed up to the 8th grade in school while living in Romania and reported no other educational attainment.

The defendant stated he possess a valid Romanian Passport and has not traveled internationally since he migrated to the United States in 2015.

**Attempts were made to contact the defendant's uncle, Minoasa, however, were unsuccessful. Therefore, the defendant's residential history, familial ties, marital status, education, and travel history remain unverified.**

2. **EMPLOYMENT HISTORY / FINANCIAL RESOURCES:**

**Employed/Unemployed History:**
The defendant advised he has been unemployed for the past year and has been panhandling to help supplement his income. He reported he previously worked in Salinas, California as a laborer at a floral shop (unknown company name) full-time for five to six months and earned $13.00 per hour. While living in Romania, he explained he work in agriculture as a field/farm full-time from 1994 through 2000 and earned approximately $20.00 per day.

**Attempts were made to contact the defendant's uncle, Minoasa, however, were unsuccessful. Therefore, the defendant's current unemployment and employment history remains unverified.**

**Finances:**
The defendant provided the following asset and no liabilities:

| Assets | Amount | Liabilities | Amount |
|---|---|---|---|
| Cash | $700.00 | None | $0 |
|  |  |  |  |
| Total | $700 | Total | $0 |
| Estimated Net Worth: $700 | | | |

The defendant provided no monthly income and the following expenses:

| Monthly Income | Amount | Expenses | Amount |
|---|---|---|---|
| None | $0 | Home/Rent | $1,400.00 |
|  |  | Groceries and Supplies | $0.00 |
|  |  |  |  |
| Total | $0 | Total | $1,400 |

Velcu, Ion

| Estimated Monthly Cash Flow: ($1,400) |
|---|

The defendant explained he financially supports himself by panhandling daily and receives financial support from his daughter if she's able to provide support.

**Attempts were made to contact the defendant's uncle, Minoasa, however, were unsuccessful. Therefore, the defendant's finances remain unverified.**

3. **HEALTH:**

<u>Physical Health:</u>
The defendant stated he was diagnosed with diabetes and liver problems in 2015. He stated he is prescribed a diabetic medication and a liver medication but could not recall the names of the medications.

<u>Mental Health:</u>
The defendant denied and there is no evidence to suggest the defendant has a current or past mental health condition. He denied any current or history of suicidal ideations.

<u>Substance Abuse:</u>
The defendant reported the following substance abuse:

| Drug Name | Frequency Used | Last Used |
|---|---|---|
| Alcohol | Rarely; 1 glass of wine per sitting | 4-5 days ago |

**Attempts were made to contact the defendant's uncle, Minoasa, however, were unsuccessful. Therefore, the defendant's physical health, mental health, and substance use remain unverified.**

4. **PRIOR RECORD:**

Local, State, Federal records revealed the following criminal history:

| <u>Date of Arrest</u> | <u>Agency</u> | <u>Charge</u> | <u>Disposition</u> |
|---|---|---|---|
| 06/18/2015 (Age 38) | U.S. Customs & Border Patrol; AZ | Alien Inadmissibility Under Section 212 Misdemeanor | Unknown disposition |

5. **ASSESSMENT OF NONAPPEARANCE:**

The defendant poses a risk of nonappearance for the following reasons:
1. Offense Charged

28

Velcu, Ion

2. Lack of Familial, Residential, Community, Employment, Property, and Financial Ties (not limited to the district of arrest)
3. Aliases or False Identifications
4. Lack of Verifiable, Legitimate Employment
5. Ties to a Foreign Country (Romania)
6. No Legal Status to Remain in the United States

## 6. ASSESSMENT OF DANGER:

**There are no known factors indicating the defendant poses a risk of danger to the community.**

## 7. RECOMMENDATION

*According to Judiciary Policy, several factors fall solely within the province of the judicial officer, and are not to be considered by the officer. These factors include: the weight of the evidence, the rebuttable presumption, and potential penalty.*

The United States Probation Office respectfully recommends that the defendant be held in detention since there is no condition or combination of conditions that can reasonably assure the defendant's appearance before this Court and/or the safety of the community.

| United States Probation Officer<br>Lyndsey FERMIN *Lyndsey Fermin* | Date/Time<br>09/18/2020 at 1:34pm |
|---|---|
| Supervising United States Probation Officer<br>Cynthia MCMURRAY-THOMPKINS | Date/Time<br>09/18/2020 at 1:40 pm |